

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2020

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

On July 9, 2020, we ordered Appellant to show cause in writing by July 20, 2020, that the reporter's record has been paid, or, if Appellant chose not to pay for the record, Appellant's brief would be due on September 8, 2020, and the court would only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c).

Appellant did not timely show cause in writing that the reporter's record was paid, and to date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2020.



MICHAEL A. CRUZ,
Clerk of Court